# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

Respondent,

v.

GESON ESTUARDO YAC-LOPEZ,

Appellant.

No. 84555-1-I

DIVISION ONE

UNPUBLISHED OPINION

PER CURIAM — Geson Yac-Lopez appeals from the judgment and sentence entered upon his plea of guilty to one count of possession of a stolen vehicle in King County Superior Court Cause No. 21-1-01656-4 SEA.[1]  He argues that the judgment and sentence contains a scrivener's error in that it indicates Yac-Lopez pleaded guilty not only to possession of a stolen vehicle but also to one count of Violation of the Uniform Controlled Substances Act.  The State concedes error in this regard.  We accept the State's concession and remand to the trial court to correct the scrivener's error in the judgment and sentence at issue.

---

[1] Yac-Lopez also appealed from the judgments and sentences entered under three other superior court cause numbers, and this court consolidated the matters for appeal.  Yac-Lopez does not make any assignments of error in relation to the other judgments and sentences.

FOR THE COURT:

_Smith, C.J._

_Brennan, J._

_Mann, J._